# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ARMANDO RIOS | § | Case No. 15-18193 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/22/2015 . The undersigned trustee was appointed on 05/22/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $    215,056.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 38,042.89 |
   | Bank service fees | 262.69 |
   | Other payments to creditors | 111,000.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 15,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 50,750.42 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/21/2016 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 11,494.73 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 11,494.73 , for a total compensation of $ 11,494.73 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/03/2017            By: /s/Miriam R. Stein
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-18193 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | Miriam R. Stein |
| Case Name: | ARMANDO RIOS | | | | Date Filed (f) or Converted (c): | 05/22/2015 (f) |
| | | | | | 341(a) Meeting Date: | 07/09/2015 |
| For Period Ending: | 03/03/2017 | | | | Claims Bar Date: | 01/21/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY - 5017 W. Oakdale, Chicago, IL | 90,000.00 | 0.00 | | 215,000.00 | FA |
| 2. CASH | 20.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING - BANKING ACCT. AVERAGE | 400.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 700.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 600.00 | 0.00 | | 0.00 | FA |
| 6. VEHICLE - 1996 JEEP CHEROKEE | 1,500.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $93,220.00      $0.00      $215,000.00      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE'S ACCOUNTANT IS PREPARING TAX RETURNS.

Initial Projected Date of Final Report (TFR): 05/31/2016     Current Projected Date of Final Report (TFR): 05/31/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-18193 | Trustee Name: | Miriam R. Stein |
| Case Name: | ARMANDO RIOS | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8762 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4102 | Blanket Bond (per case limit): | |
| For Period Ending: | 03/03/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/29/16 | | Chicago Title and Trust Company | Sale of Debtor's real estate | | $63,469.59 | | $63,469.59 |
| | | | Gross Receipts $215,000.00 | | | | |
| | | ERIC JANSSEN REAL LIVING CITY RESIDENTIAL f/k/a Chicago Real Estate Resources | Brokers Commission ($5,670.00) | 3510-000 | | | |
| | | RE/Max | Brokers Commission ($5,080.00) | 3510-000 | | | |
| | | WELLS FARGO BANK | First Mortgage ($111,000.00) | 4110-000 | | | |
| | | Seller's Credits | Seller's Credits ($6,500.00) | 2500-000 | | | |
| | | Taxes/Prorations | Taxes/Prorations ($4,492.83) | 2820-000 | | | |
| | | Closing Costs/Survey | Survey/Closing Costs ($3,787.58) | 2500-000 | | | |
| | | ARMANDO RIOS | Exemption ($15,000.00) | 8100-002 | | | |
| | 1 | | REAL PROPERTY - 5017 W. Oakdale, Chicago, IL  $215,000.00 | 1110-000 | | | |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $63,459.59 |
| 10/06/16 | | Chicago Title & Trust Co. 5215 Old Orchard #400 Skokie, IL 60077 | Refund of Closing Cost Refund from CT&T for closing costs relating to sale of real estate | 1290-000 | $50.00 | | $63,509.59 |
| 10/06/16 | 101 | LAW OFFICES OF ZANE L. ZIELINSKI, P.C. 6336 NORTH CICERO AVE., SUITE 201 CHICAGO, IL  60646 | Professional Fees Approved by Court | | | $11,112.48 | $52,397.11 |
| | | Law Offices of Zane L. Zielinski, P.C. | ($10,850.00) | 3210-000 | | | |
| | | Law Offices of Zane L. Zielinski, P.C. | ($262.48) | 3220-000 | | | |

| UST Form 101-7-TFR (5/1/2011) *(Page: 4)* | Page Subtotals: | $63,519.59 | $11,122.48 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-18193 | Trustee Name: | Miriam R. Stein | |
| Case Name: | ARMANDO RIOS | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX8762 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX4102 | Blanket Bond (per case limit): | | |
| For Period Ending: | 03/03/2017 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.28 | $52,305.83 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.27 | $52,219.56 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $75.14 | $52,144.42 |
| 12/14/16 | 102 | Gerardo and Patricia Mendoza 5017 W. Oakdale Chicago, IL 60641 | Administrative Payment Court approved payment to reimburse buyers for additional expenses relating to sale. | 2990-000 | | $1,400.00 | $50,744.42 |
| 02/28/17 | | Chicago Title & Trust Company 5215 Old Orchard Road #400 Skokie, IL 60077 | Recording Fees Overage | 1290-000 | $6.00 | | $50,750.42 |

| | | |
|---|---|---|
| COLUMN TOTALS | $63,525.59 | $12,775.17 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $63,525.59 | $12,775.17 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $63,525.59 | $12,775.17 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Page Subtotals:    $6.00    $1,652.69

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8762 - Checking | $63,525.59 | $12,775.17 | $50,750.42 |
| | $63,525.59 | $12,775.17 | $50,750.42 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $151,530.41 |
| Total Net Deposits: | $63,525.59 |
| Total Gross Receipts: | $215,056.00 |

# EXHIBIT C - Claims Register

## Case: 15-18193-TAB ARMANDO RIOS

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Ch. 7 Admin Claims** | | | | | | | | |
| | | 100 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606<br><2100-00 Trustee Compensation> | 11,494.73 | 11,494.73 | 0.00 | 11,494.73 | 11,494.73 |
| | | 100 | Law Offices of Zane L. Zielinski, P.C.<br>6336 N. Cicero Ave., Suite 201<br>Chicago, IL 60646<br><3210-00 Attorney for Trustee Fees (Other Firm)> | 10,850.00 | 10,850.00 | 10,850.00 | 0.00 | 0.00 |
| | | 100 | Law Offices of Zane L. Zielinski, P.C.<br>6336 N. Cicero Ave., Suite 201<br>Chicago, IL 60646<br><3220-00 Attorney for Trustee Expenses (Other Firm)> | 262.48 | 262.48 | 262.48 | 0.00 | 0.00 |
| | | 100 | GERARDO R. MENDOZA and PATRICIA C. MENDOZA<br><2990-00 Other Chapter 7 Administrative Expenses> | 1,400.00 | 1,400.00 | 1,400.00 | 0.00 | 0.00 |
| | | 100 | ERIC JANSSEN<br>REAL LIVING CITY RESIDENTIAL<br>f/k/a Chicago Real Estate Resources<br><3510-00 Realtor for Trustee Fees (Real Estate Commissions)> | 5,670.00 | 5,670.00 | 5,670.00 | 0.00 | 0.00 |
| | | 100 | RE/Max<br><3510-00 Realtor for Trustee Fees (Real Estate Commissions)> | 5,080.00 | 5,080.00 | 5,080.00 | 0.00 | 0.00 |
| | | 100 | ALAN D. LASKO & ASSOCIATES PC<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL 60606<br><3410-00 Accountant for Trustee Fees (Other Firm)> | 1,992.80 | 1,992.80 | 0.00 | 1,992.80 | 1,992.80 |
| | | 100 | ALAN D. LASKO & ASSOCIATES PC<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL 60606<br><3420-00 Accountant for Trustee Expenses (Other Firm)> | 21.20 | 21.20 | 0.00 | 21.20 | 21.20 |
| | | | **Total for Priority 100   100.00 % Paid** | **36,771.21** | **36,771.21** | **23,262.48** | **13,508.73** | **13,508.73** |
| | | | **Total for Ch. 7 Admin Claims:** | **36,771.21** | **36,771.21** | **23,262.48** | **13,508.73** | **13,508.73** |
| **Unsecured Claims** | | | | | | | | |
| 1 | 10/23/15 | 300 | AMERICAN INFOSOURCE LP as agent for TD Bank, USA<br>TD BANK, USA<br>PO BOX 248866<br>OKLAHOMA CITY, OK 73124-8866 | 474.88 | 474.88 | 0.00 | 474.88 | 474.88 |

# EXHIBIT C - Claims Register

## Case: 15-18193-TAB ARMANDO RIOS

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | | | <7100-00 General Unsecured 726(a)(2)> | | | | | |
| 2 | 12/02/15 | 300 | MIDLAND CREDIT MANAGEMENT,INC AS AGENT FOR MIDLAND FUNDING LLC PO BOX 2011 WARREN, MI 48090 | 1,035.21 | 1,035.21 | 0.00 | 1,035.21 | 1,035.21 |
| | | | <7100-00 General Unsecured 726(a)(2)> | | | | | |
| 3 | 01/19/16 | 300 | CAPITAL ONE, N.A. C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | 561.23 | 561.23 | 0.00 | 561.23 | 561.23 |
| | | | <7100-00 General Unsecured 726(a)(2)> | | | | | |
| | | | **Total for Priority 300  100.43 % Paid** | 2,071.32 | 2,071.32 | 0.00 | 2,071.32 | 2,071.32 |
| | | | **Total for Unsecured Claims:** | 2,071.32 | 2,071.32 | 0.00 | 2,071.32 | 2,071.32 |

## Secured Claims

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | | 99 | ARMANDO RIOS | 15,000.00 | 15,000.00 | 15,000.00 | 0.00 | 0.00 |
| | | | <8100-00 Exemptions> | | | | | |
| | | | **Total for Priority 99  100.00 % Paid** | 15,000.00 | 15,000.00 | 15,000.00 | 0.00 | 0.00 |
| | | 400 | WELLS FARGO BANK | 111,000.00 | 111,000.00 | 111,000.00 | 0.00 | 0.00 |
| | | | <4110-00 Real Estate-Consensual Liens (mortgages, deeds of trust, PMSI)> | | | | | |
| | | | **Total for Priority 400  100.00 % Paid** | 111,000.00 | 111,000.00 | 111,000.00 | 0.00 | 0.00 |
| | | 999 | ARMANDO RIOS 5017 WEST OAKDALE CHICAGO, IL  60641 | 35,161.48 | 35,161.48 | 0.00 | 35,161.48 | 35,161.48 |
| | | | <8200-00 Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners)> | | | | | |
| | | | **Total for Priority 999  100.00 % Paid** | 35,161.48 | 35,161.48 | 0.00 | 35,161.48 | 35,161.48 |
| | | | **Total for Secured Claims:** | 161,161.48 | 161,161.48 | 126,000.00 | 35,161.48 | 35,161.48 |

## Interest Claims

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 1i | 10/23/15 | 640 | AMERICAN INFOSOURCE LP as agent for TD Bank, USA TD BANK, USA PO BOX 248866 OKLAHOMA CITY, OK 73124-8866 | 2.04 | 2.04 | 0.00 | 2.04 | 2.04 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 2i | 12/02/15 | 640 | MIDLAND CREDIT MANAGEMENT,INC AS AGENT FOR MIDLAND FUNDING LLC PO BOX 2011 WARREN, MI 48090 | 4.44 | 4.44 | 0.00 | 4.44 | 4.44 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 3i | 01/19/16 | 640 | CAPITAL ONE, N.A. C O BECKET AND LEE LLP | 2.41 | 2.41 | 0.00 | 2.41 | 2.41 |

## EXHIBIT C - Claims Register

### Case: 15-18193-TAB ARMANDO RIOS

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | | | POB 3001<br>MALVERN, PA 19355-0701 | | | | | |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| | | | **Total for Priority 640   100.00 % Paid** | 8.89 | 8.89 | 0.00 | 8.89 | 8.89 |
| | | | **Total for Interest Claims:** | 8.89 | 8.89 | 0.00 | 8.89 | 8.89 |
| | | | **Total for Case:** | 200,004.01 | 200,004.01 | 149,262.48 | 50,741.53 | 50,750.42 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-18193
Case Name: ARMANDO RIOS
Trustee Name: Miriam R. Stein

Balance on hand $ 50,750.42

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | WELLS FARGO BANK | $ 111,000.00 | $ 111,000.00 | $ 111,000.00 | $ 0.00 |

Total to be paid to secured creditors   $ 0.00

Remaining Balance   $ 50,750.42

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Miriam R. Stein | $ 11,494.73 | $ 0.00 | $ 11,494.73 |
| Attorney for Trustee Fees: Law Offices of Zane L. Zielinski, P.C. | $ 10,850.00 | $ 10,850.00 | $ 0.00 |
| Attorney for Trustee Expenses: Law Offices of Zane L. Zielinski, P.C. | $ 262.48 | $ 262.48 | $ 0.00 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES PC | $ 1,992.80 | $ 0.00 | $ 1,992.80 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES PC | $ 21.20 | $ 0.00 | $ 21.20 |
| Other: ERIC JANSSEN | $ 5,670.00 | $ 5,670.00 | $ 0.00 |
| Other: GERARDO R. MENDOZA and PATRICIA C. MENDOZA | $ 1,400.00 | $ 1,400.00 | $ 0.00 |
| Other: RE/Max | $ 5,080.00 | $ 5,080.00 | $ 0.00 |

    Total to be paid for chapter 7 administrative expenses      $    13,508.73

    Remaining Balance      $    37,241.69

    Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 2,071.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP as agent for TD Bank, USA | $ 474.88 | $ 0.00 | $ 474.88 |
| 2 | MIDLAND CREDIT MANAGEMENT,INC | $ 1,035.21 | $ 0.00 | $ 1,035.21 |
| 3 | CAPITAL ONE, N.A. | $ 561.23 | $ 0.00 | $ 561.23 |

    Total to be paid to timely general unsecured creditors      $    2,071.32

    Remaining Balance      $    35,170.37

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 8.89 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 35,161.48 .

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*